UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RETALON, INC.,**

   Plaintiff,

v.   No. 4:23-cv-00746-P

**GAMESTOP, INC.,**

   Defendant.

# ORDER

On March 15, 2024, the Parties told the Court they had settled this case. ECF No. 40. Insofar as the Parties reached a meeting of the minds regarding settlement, formal dismissal papers are a procedural technicality, not a rigid requirement. If the parties have subsequent disputes regarding enforcement of the settlement agreement, such disputes are sound in contract and are unrelated to the instant case. Accordingly, acting upon the Parties' representations that this case has been settled, the Court **ORDERS** that this action is **DISMISSED with prejudice**.

**SO ORDERED** on this **15th day of March 2024.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATED DISTRICT JUDGE